**Dismissed and Memorandum Opinion filed April 16, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-01093-CV

## RITRICE WEBB, Appellant

## V.

## HOME SFR BORROWER LLC, Appellee

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 1120529**

## MEMORANDUM OPINION

This is an appeal from a judgment signed December 12, 2018. The clerk's record was filed December 27, 2018. No reporter's record or brief was filed.

On March 19, 2019, this court issued an order stating that unless appellant filed a brief on or before April 3, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Hassan, and Poissant.